```
               FILED              RECEIVED
               ENTERED            SERVED ON
                        COUNSEL/PARTIES OF RECORD

                     OCT  6 2011

               CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
         BY:                       DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:11-CR-015-LDG (PAL) |
| TIMOTHY HOUGH, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On June 30, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Sections 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TIMOTHY HOUGH to a criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant TIMOTHY HOUGH pled guilty. Docket #42, #118, #125, #126.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

. . .

1 consecutively from July 2, 2011, through July 31, 2011, notifying all third parties of their right to
2 petition the Court. #134.

3 This Court finds no petition was filed herein by or on behalf of any person or entity and the
4 time for filing such petitions and claims has expired.

5 This Court finds no petitions are pending with regard to the assets named herein and the time
6 for presenting such petitions has expired.

7 THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
8 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
9 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
10 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code,
11 Sections 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21,
12 United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title
13 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

  a. $2,015.00 in U.S. Currency;

  b. $1,807.00 in U.S. Currency;

  c. $48,920.00 in U.S. Currency;

  d. a Ruger .38 cal. revolver, bearing serial number 540-48039;

  e. a Taurus PT709, 9mm semi-automatic handgun, bearing serial number TD082373; and,

  f. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ____ day of ____, 2011.

_____
UNITED STATES DISTRICT JUDGE

3