1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

8

9

10

11

12

13

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:11-cr-00015-LDG-PAL |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY HOUGH, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |
| | ) | |

14

        On October 6, 2011, this Court granted GARY MYERS' oral motion to
withdraw as counsel for Defendant TIMOTHY HOUGH.

15

16

        IT IS ORDERED that JESS MARCHESE, ESQ.  is appointed as counsel in his
place.

17

18

        DATED this 49日  day of December 2011.
        Nunc Pro Tunc date October 3, 2011.

19

20

_____
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28